SHEARMAN & STERLING LLP
Brian H. Polovoy
Henry Weisburg
Paula Howell
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
hweisburg@shearman.com

Attorneys for Respondent
GTI S.A.



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
MatlinPatterson Global Opportunities Partners  :
II L.P., MatlinPatterson Global Opportunities   :
Partners (Cayman) II L.P., and Volo Logistics   :
LLC,                                            :
                                                :
            Petitioners,                        :
                                                :
    v.                                          :   No. 08 CV _____
                                                :
GTI S.A. and The ICC International Court of     :
Arbitration of the International Chamber of     :
Commerce,                                       :
                                                :
            Respondents.                        :
                                                :
-----------------------------------------------------------x

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, respondent GTI S.A., by its undersigned attorneys, hereby states that it is a wholly-owned subsidiary of Gol Transportes

Aéreos S.A., which is a wholly-owned subsidiary of Gol Linhas Aéreas Inteligentes S.A., which is a publicly-held corporation listed on the New York Stock Exchange.

Dated: New York, New York
May 19, 2008

SHEARMAN & STERLING LLP

By: /s/ Brian H. Polovoy
Brian H. Polovoy
Henry Weisburg
Paula Howell

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
hweisburg@shearman.com

Attorneys for Respondent
GTI S.A.