Brian H. Polovoy
Henry Weisburg
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
bpolovoy@shearman.com

Attorneys for Respondent
GTI S.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
MatlinPatterson Global Opportunities Partners               :
II L.P., MatlinPatterson Global Opportunities               :
Partners (Cayman) II L.P., and Volo Logistics               :
LLC,                                                        :
                                                            :
                Petitioners,              :   No. 08 CV 4697 (RJH)
                                                            :
                v.                        :   ECF Case
                                                            :
GTI S.A. and The ICC International Court of                 :
Arbitration of the International Chamber of                 :
Commerce,                                                   :
                                                            :
                Respondents.             :
                                                            :
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

       I, Brian H. Polovoy, certify that on June 6, 2008, I caused a true and correct copy of the Notice of Filing of Records and Proceedings with exhibits to be served by U.S. Mail on the following:

Jeffrey I. Wasserman
Bracewell & Giuliani LLP
1177 Avenue of the Americas
19th Floor
New York, New York 10036-2714

Attorneys for Petitioners
MatlinPatterson Global Opportunities Partners II L.P.,
MatlinPatterson Global Opportunities Partners (Cayman) II L.P., and
Volo Logistics LLC


Dated:   New York, New York
         June 6, 2008

                /s/ Brian H. Polovoy
              Brian H. Polovoy
              SHEARMAN & STERLING LLP
              599 Lexington Avenue
              New York, NY 10022-6069
              Telephone: (212) 848-4000
              Facsimile: (212) 848-7179
              bpolovoy@shearman.com