

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

bpolovoy@shearman.com
(212) 848-4703

June 6, 2008

Via Hand Delivery

Docketing, Room 210
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6·10·2008
```

*MatlinPatterson Global Opportunities Partners II L.P., et al. v. GTI S.A., et al.*
No. 08 CV 4697 (RJH)

Dear Sirs:

We represent respondent GTI S.A. ("GTI") in the above-referenced matter. GTI filed with the Court by ECF on June 5, 2008, a Notice of Filing of Records and Proceedings along with Exhibits A through K, which collectively appear on the docket as entry number 3. After the Notice was filed, we determined that the second page of Exhibit F had not been uploaded. Therefore, after consulting with the office of the Clerk of the Court, GTI re-filed the Notice and the exhibits thereto in their entirety on June 6, 2008. The re-filed Notice and the exhibits thereto appear on the docket as entry number 4. Per the instructions of the Clerk's office, <u>we request that the Court make a notation on the docket reflecting the correction to Exhibit F to the Notice.</u>

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

*[signature]*

Brian H. Polovoy

*Application Granted*
*SO ORDERED*
*[signature]*
*USDJ 6/10/08*

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

Page 2                                                                                      June 6, 2008

cc:     Jeffrey I. Wasserman
        Bracewell & Giuliani LLP
        Attorneys for Petitioners (Via E-mail and U.S. Mail)