Brian H. Polovoy
Henry Weisburg
Robert L. Whitener
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
bpolovoy@shearman.com
hweisburg@shearman.com

Attorneys for Respondent
GTI S.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                         :
MatlinPatterson Global Opportunities Partners            :
II L.P., MatlinPatterson Global Opportunities            :
Partners (Cayman) II L.P., and Volo Logistics            :
LLC,                                                     :
                                                         :
                       Petitioners,                      :    No. 08 CV 4697 (RJH)
                                                         :
            v.                                           :    ECF Case
                                                         :
GTI S.A. and The ICC International Court of              :    **CERTIFICATE OF SERVICE**
Arbitration of the International Chamber of              :
Commerce,                                                :
                                                         :
                       Respondents.                      :
                                                         :
---------------------------------------------------------x

       I, Robert L. Whitener, an attorney for respondent GTI S.A. ("GTI"), certify that, on June 12, 2008, I caused a true and correct copy of GTI's Answer and Defenses to be served by U.S. Mail on the following:

        Jeffrey I. Wasserman
        Bracewell & Giuliani LLP
        1177 Avenue of the Americas
        19th Floor
        New York, New York 10036-2714

        Attorneys for Petitioners
        MatlinPatterson Global Opportunities Partners II L.P.,
        MatlinPatterson Global Opportunities Partners (Cayman) II L.P., and
        Volo Logistics LLC

Dated:    New York, New York
            June 12, 2008

                                                        /s/ Robert L. Whitener
                                             Robert L. Whitener
                                             SHEARMAN & STERLING LLP
                                             599 Lexington Avenue
                                             New York, NY 10022-6069
                                             Telephone: (212) 848-4000
                                             Facsimile: (212) 848-7179
                                             robert.whitener@shearman.com