# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

hweisburg@shearman.com
(212) 848-4193

June 25, 2008

Via Hand Delivery

Honorable Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 1950
New York, New York 10007

RECEIVED
JUN 25 2008
CHAMBERS OF
RICHARD J. HOLWELL

*MatlinPatterson Global Opportunities Partners II L.P., et al. v. GTI S.A., et al.*
No. 08 CV 4697 (RJH)

Dear Judge Holwell:

We represent respondent GTI S.A. Counsel for petitioners informed us yesterday that the Court has scheduled a conference with the parties for this Friday, June 27, 2008, at 10 a.m. We write to request a brief adjournment because we are not available. Counsel for petitioners consent to the adjournment. All parties are available for the conference at any time during the week of July 7, except for the morning of Monday, July 7, and the afternoon of Friday, July 11. This is the first request for an adjournment of this conference.

We appreciate the Court's consideration in this matter. Please feel free to have your Chambers contact me if you should have any questions.

Respectfully submitted,

Henry Weisburg

Conference adjourned to
7/11/08 at 10... am.

SO ORDERED

ABU DHABI   BEIJING   BRUSSELS   DÜSSELDORF   FRANKFURT   HONG KONG   LONDON   MANNHEIM   MENLO PARK
MUNICH   NEW YORK   PARIS   ROME   SAN FRANCISCO   SÃO PAULO   SINGAPORE   TOKYO   TORONTO   WASHINGTON, DC

Honorable Richard J. Holwell                                          June 25, 2008
Page 2


cc:     Jeffrey I. Wasserman
        Bracewell & Giuliani LLP
        Attorneys for Petitioners (Via E-mail and U.S. Mail)

NYDOCS04/494603.1