UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATLINPATTERSON GLOBAL OPPORTUNITIES PARTNERS II L.P., MATLINPATTERSON GLOBAL OPPORTUNITIES PARTNERS (CAYMAN) II L.P. and VOLO LOGISTICS LLC,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GTI S.A. and THE ICC INTERNATIONAL COURT OF ARBITRATION OF THE INTERNATIONAL CHAMBER OF COMMERCE,<br><br>                    Defendants. | No. 08 Civ. 4697 (RJH)<br><br>ECF Case<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL |

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned action hereby voluntarily dismiss, without prejudice, this action as against defendant The ICC International Court of Arbitration of the International Chamber of Commerce (the "ICC"), pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. Civ. P.  The ICC has not served either an answer or a motion for summary judgment herein.

Dated: New York, New York
       July 14, 2008

        Respectfully submitted,

        BRACEWELL & GIULIANI LLP


By:    /s/ Jeffrey I. Wasserman
        Jeffrey I. Wasserman
        Daniel S. Meyers
1177 Avenue of the Americas
19th Floor
New York, NY 10036
T: 212.508.6100
F: 212-508-6101
*Attorneys for plaintiffs*