USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
**MATLINPATTERSON GLOBAL** : 08 Civ. 04697 (RJH)
**OPPORTUNITIES II L.P., et al** :
:
               Plaintiffs, :
  -against- : **ORDER**
:
**GTI S.A., et al,** :
:
:
               Defendant. :
:
------------------------------------------------------------x

       A pretrial conference shall be held on October 10, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 20, 2008
SO ORDERED:

                                       _____
                                       Richard J. Holwell
                                       United States District Judge