UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATLINPATTERSON GLOBAL OPPORTUNITIES
PARTNERS II L.P., MATLINPATTERSON GLOBAL
OPPORTUNITIES PARTNERS (CAYMAN) II L.P.
and VOLO LOGISTICS LLC,

                Plaintiffs,

    v.

GTI S.A. and THE ICC INTERNATIONAL
COURT OF ARBITRATION OF THE
INTERNATIONAL CHAMBER OF COMMERCE,

                Defendants.

No. 08 Civ. 4697 (RJH)

ECF Case

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for the plaintiffs, and respectfully requests that all counsel of record and the Court take notice of this appearance and that all orders, notices, pleadings and other documents filed in this matter be forwarded to the undersigned.

Dated: New York, New York
       August 25, 2008

                              Respectfully submitted,

                              BRACEWELL & GIULIANI LLP

                              By: /s/ Kenneth A. Caruso
                                  Kenneth A. Caruso

                              1177 Avenue of the Americas, 19th Floor
                              New York, New York 10036-2174
                              (212) 508-6100 (tel.)
                              (212) 508-6101 (fax)
                              Email: kenneth.caruso@bgllp.com

NEWYORK\28411.1