UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATLINPATTERSON GLOBAL OPPORTUNITIES PARTNERS II L.P., MATLINPATTERSON GLOBAL OPPORTUNITIES PARTNERS (CAYMAN) II L.P. and VOLO LOGISTICS LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>GTI S.A. and THE ICC INTERNATIONAL COURT OF ARBITRATION OF THE INTERNATIONAL CHAMBER OF COMMERCE,<br><br>      Defendants. | No. 08 Civ. 4697 (RJH)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for the plaintiffs, and respectfully requests that all counsel of record and the Court take notice of this appearance and that all orders, notices, pleadings and other documents filed in this matter be forwarded to the undersigned.

Dated: New York, New York
    August 25, 2008

                Respectfully submitted,

                BRACEWELL & GIULIANI LLP

                By: /s/ Jeffrey I. Wasserman
                   Jeffrey I. Wasserman

                1177 Avenue of the Americas, 19th Floor
                New York, New York 10036-2174
                (212) 508-6100 (tel.)
                (212) 508-6101 (fax)
                Email: jeffrey.wasserman@bgllp.com